DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Howard<br><br>Case Below:<br>165 N.C. App. 707 | No. 459P04 | 1. Def's NOA Based Upon a Constitutional Question (COA02-1728)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 04/06/05<br><br>3. Denied 04/06/05 |
| State v. Huang<br><br>Case Below:<br>168 N.C. App. 241 | No. 109P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-1716) | Denied 04/06/05 |
| State v. Ingram<br><br>Case Below:<br>168 N.C. App. 596 | No. 155P05 | Def's PDR (COA03-1668) | Denied 04/06/05 |
| State v. Lawrence<br><br>Case Below:<br>165 N.C. App. 548 | No. 457PA04 | 1. AG's Motion for Temporary Stay (COA03-614)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Allowed pending determination of the State's PDR **09/01/04**<br><br>2. Allowed 04/06/05<br><br>3. Allowed 04/06/05<br><br>4. Denied 04/06/05 |
| State v. Pope<br><br>Case Below:<br>168 N.C. App. 592 | No. 159P05 | Def's PDR (COA04-251) | Denied 04/06/05 |
| State v. Powell<br><br>Case Below:<br>Cleveland County<br>Superior Court | No. 190A03 | 1. Def's Petition for Writ of Supersedeas and Motion for Temporary Stay. (Cleveland County)<br><br>2. Def's Application for Habeas Corpus<br><br>3. Def's PWC | 1. Denied 03/09/05<br><br>2. Denied 03/09/05<br><br>3. Denied 03/09/05 |
| State v. Silas<br><br>Case Below:<br>168 N.C. App. 627 | No. 171P05 | AG's Motion for Temporary Stay (COA04-367) | Allowed **03/29/05** |